| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|-----|------|-------|-------|-----------|-----|
| F4P | 963423 | 2560AO | | 0000312398 | 1 |

## Earnings Statement

**ADP**

NHS PENNSYLVANIA
620 GERMANTOWN PIKE
LAFAYETTE HILL, PA 19444

| Period Beginning: | 07/08/2013 |
|---|---|
| Period Ending: | 07/21/2013 |
| Pay Date: | 08/02/2013 |

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 10
PA: N/A

CHERYL M PAPPA
105 HIGH POINT ST
GREENFIELD TWP PA 18407

Social Security Number: XXX-XX-8633

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 25.0000 | 57.50 | 1,437.50 | 24,500.00 |
| Bonus | | | 787.50 | 13,790.25 |
| Other Earnings | 25.0000 | 4.00 | 100.00 | 1,762.50 |
| Supervision | | | | 681.25 |
| **Gross Pay** | | | **$2,325.00** | 40,734.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Empl Id | | 8947233 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -196.88 | 3,760.82 |
| | Social Security Tax | -144.15 | 2,525.51 |
| | Medicare Tax | -33.71 | 590.64 |
| | PA State Income Tax | -71.39 | 1,250.58 |
| | Carbondale C Income Tax | -23.26 | 407.46 |
| | PA SUI/SDI Tax | -1.62 | 28.51 |
| | **Other** | | |
| | Checking | -1,851.99 | |
| | Lst | -2.00 | 32.00 |
| | **Net Pay** | **$0.00** | |

Your federal taxable wages this period are
$2,325.00

© 2000 ADP, Inc

NHS PENNSYLVANIA
620 GERMANTOWN PIKE
LAFAYETTE HILL, PA 19444

| Advice number: | 00000312398 |
|---|---|
| Pay date: | 08/02/2013 |

THIS IS NOT A CHECK

Deposited to the account of
CHERYL M PAPPA

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx8653 | xxxx xxxx | $1,851.99 |

**NON-NEGOTIABLE**

## Earnings Statement

**ADP**

*NHS PENNSYLVANIA*
*620 GERMANTOWN PIKE*
*LAFAYETTE HILL, PA 19444*

| | |
|---|---|
| Period Beginning: | 05/13/2013 |
| Period Ending: | 05/26/2013 |
| Pay Date: | 06/07/2013 |

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal: 10
    PA: N/A

CHERYL M PAPPA
105 HIGH POINT ST
GREENFIELD TWP PA 18407

Social Security Number: XXX-XX-8633

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 25.0000 | 74.75 | 1,868.75 | 18,487.50 |
| Bonus | | | 1,042.50 | 10,344.00 |
| Other Earnings | 25.0000 | 7.50 | 187.50 | 1,262.50 |
| Supervision | | | | 581.25 |
| **Gross Pay** | | | **$3,098.75** | 30,675.25 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Empl Id | | 8947233 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -314.21 | 2,848.03 |
| | Social Security Tax | -192.13 | 1,901.87 |
| | Medicare Tax | -44.93 | 444.79 |
| | PA State Income Tax | -95.14 | 941.75 |
| | Carbondale C Income Tax | -31.00 | 306.84 |
| | PA SUI/SDI Tax | -2.17 | 21.47 |
| | **Other** | | |
| | Checking | -2,417.17 | |
| | Lst | -2.00 | 24.00 |
| | **Net Pay** | **$0.00** | |

Your federal taxable wages this period are
$3,098.75

© 2000 ADP, Inc

NHS PENNSYLVANIA
620 GERMANTOWN PIKE
LAFAYETTE HILL, PA 19444

| | |
|---|---|
| Advice number: | 00000232441 |
| Pay date: | 06/07/2013 |

Deposited to the account of
**CHERYL M PAPPA**

| account number | transit ABA | amount |
|----------------|-------------|--------|
| xxxxxx8653 | xxxx xxxx | $2,417.17 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

```
CO.    FILE     DEPT.    CLOCK    VCHR. NO.   130
F4P    963423   2560AO            0000212453     1
```

# Earnings    Statement

**ADP**

NHS PENNSYLVANIA
620 GERMANTOWN PIKE
LAFAYETTE HILL, PA  19444

| | |
|---|---|
| Period  Beginning: | 04/29/2013 |
| Period  Ending: | 05/12/2013 |
| Pay  Date: | 05/24/2013 |

Taxable  Marital  Status:    Single
Exemptions/Allowances:
   Federal:      10
   PA:         N/A

CHERYL  M  PAPPA
105  HIGH  POINT  ST
GREENFIELD  TWP  PA  18407

Social  Security  Number:    XXX-XX-8633

| Earnings | rate | hours | this  period | year  to  date |
|---|---|---|---|---|
| Regular | 25.0000 | 72.25 | 1,806.25 | 16,618.75 |
| Bonus | | | 1,001.25 | 9,301.50 |
| Supervision | 25.0000 | 2.50 | 62.50 | 581.25 |
| Other  Earnings | 25.0000 | 4.00 | 100.00 | 1,075.00 |
| **Gross Pay** | | | **$2,970.00** | 27,576.50 |

| Other  Benefits  and Information | this  period | total  to  date |
|---|---|---|
| Empl  Id | | 8947233 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal  Income  Tax | -290.76 | 2,533.82 |
| | Social  Security  Tax | -184.14 | 1,709.74 |
| | Medicare  Tax | -43.07 | 399.86 |
| | PA State  Income  Tax | -91.18 | 846.61 |
| | Carbondale  C Income  Tax | -29.71 | 275.84 |
| | PA SUI/SDI  Tax | -2.08 | 19.30 |
| | **Other** | | |
| | Checking | -2,327.06 | |
| | Lst | -2.00 | 22.00 |
| | **Net Pay** | **$0.00** | |

Your  federal  taxable  wages  this  period  are
$2,970.00

© 2000 ADP, Inc

NHS  PENNSYLVANIA
620  GERMANTOWN  PIKE
LAFAYETTE  HILL , PA  19444

| Advice  number: | 00000212453 |
|---|---|
| Pay  date: | 05/24/2013 |

Deposited  to  the  account  of
**CHERYL  M PAPPA**

| account  number | transit  ABA | amount |
|---|---|---|
| xxxxxx8653 | xxxx  xxxx | $2,327.06 |

THIS IS NOT A CHECK

## NON-NEGOTIABLE

# Earnings Statement

**ADP**

NHS PENNSYLVANIA
620 GERMANTOWN PIKE
LAFAYETTE HILL, PA 19444

| | |
| --- | --- |
| Period Beginning: | 05/13/2013 |
| Period Ending: | 05/26/2013 |
| Pay Date: | 06/07/2013 |

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 10
  PA: N/A

CHERYL M PAPPA
105 HIGH POINT ST
GREENFIELD TWP PA 18407

Social Security Number: XXX-XX-8633

| Earnings | rate | hours | this period | year to date |
| --- | --- | --- | --- | --- |
| Regular | 25.0000 | 74.75 | 1,868.75 | 18,487.50 |
| Bonus | | | 1,042.50 | 10,344.00 |
| Other Earnings | 25.0000 | 7.50 | 187.50 | 1,262.50 |
| Supervision | | | | 581.25 |
| **Gross Pay** | | | **$3,098.75** | 30,675.25 |

| Other Benefits and Information | this period | total to date |
| --- | --- | --- |
| Empl Id | | 8947233 |

| Deductions | Statutory | | |
| --- | --- | --- | --- |
| | Federal Income Tax | -314.21 | 2,848.03 |
| | Social Security Tax | -192.13 | 1,901.87 |
| | Medicare Tax | -44.93 | 444.79 |
| | PA State Income Tax | -95.14 | 941.75 |
| | Carbondale C Income Tax | -31.00 | 306.84 |
| | PA SUI/SDI Tax | -2.17 | 21.47 |
| | **Other** | | |
| | Checking | -2,417.17 | |
| | Lst | -2.00 | 24.00 |
| | **Net Pay** | **$0.00** | |

Your federal taxable wages this period are
$3,098.75

© 2000 ADP, Inc

NHS PENNSYLVANIA
620 GERMANTOWN PIKE
LAFAYETTE HILL, PA 19444

| | |
| --- | --- |
| Advice number: | 00000232441 |
| Pay date: | 06/07/2013 |

THIS IS NOT A CHECK

Deposited to the account of
**CHERYL M PAPPA**

| account number | transit ABA | amount |
| --- | --- | --- |
| xxxxxx8653 | xxxx xxxx | $2,417.17 |

**NON-NEGOTIABLE**