| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|---|---|---|---|---|---|
| F4P | 963423 | 2560AO | | 0000292390 | 1 |

NHS PENNSYLVANIA
620 GERMANTOWN PIKE
LAFAYETTE HILL, PA 19444

# Earnings Statement

**ADP**

Period Beginning: 06/24/2013
Period Ending: 07/07/2013
Pay Date: 07/19/2013

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal: 10
    PA: N/A

CHERYL M PAPPA
105 HIGH POINT ST
GREENFIELD TWP PA 18407

Social Security Number: XXX-XX-8633

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 25.0000 | 50.75 | 1,268.75 | 23,062.50 |
| Bonus | | | 731.25 | 13,002.75 |
| Supervision | 25.0000 | 1.00 | 25.00 | 681.25 |
| Other Earnings | 25.0000 | 4.00 | 100.00 | 1,662.50 |
| **Gross Pay** | | | **$2,125.00** | 38,409.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Empl Id | | 8947233 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -182.82 | 3,563.94 |
| | Social Security Tax | -131.75 | 2,381.36 |
| | Medicare Tax | -30.81 | 556.93 |
| | PA State Income Tax | -65.25 | 1,179.19 |
| | Carbondale C Income Tax | -21.26 | 384.20 |
| | PA SUI/SDI Tax | -1.49 | 26.89 |
| | **Other** | | |
| | Checking | -1,689.62 | |
| | Lst | -2.00 | 30.00 |
| | **Net Pay** | **$0.00** | |

Your federal taxable wages this period are
$2,125.00

© 2000 ADP, Inc

NHS PENNSYLVANIA
620 GERMANTOWN PIKE
LAFAYETTE HILL, PA 19444

Advice number: 00000292390
Pay date: 07/19/2013

*THIS IS NOT A CHECK*

Deposited to the account of
CHERYL M PAPPA

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx8653 | xxxx xxxx | $1,689.62 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|---|---|---|---|---|---|
| F4P | 963423 | 2560AO | | 0000252466 | 1 |

NHS PENNSYLVANIA
620 GERMANTOWN PIKE
LAFAYETTE HILL, PA 19444

# Earnings Statement

**ADP**

Period Beginning: 05/27/2013
Period Ending: 06/09/2013
Pay Date: 06/21/2013

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 10
  PA: N/A

CHERYL M PAPPA
105 HIGH POINT ST
GREENFIELD TWP PA 18407

Social Security Number: XXX-XX-8633

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 25.0000 | 68.25 | 1,706.25 | 20,193.75 |
| Bonus | | | 975.00 | 11,319.00 |
| Supervision | 25.0000 | 3.00 | 75.00 | 656.25 |
| Other Earnings | 25.0000 | 5.50 | 137.50 | 1,400.00 |
| **Gross Pay** | | | **$2,893.75** | 33,569.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Empl Id | | 8947233 |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -277.17 | 3,125.20 |
| Social Security Tax | | -179.41 | 2,081.28 |
| Medicare Tax | | -41.96 | 486.75 |
| PA State Income Tax | | -88.83 | 1,030.58 |
| Carbondale C Income Tax | | -28.94 | 335.78 |
| PA SUI/SDI Tax | | -2.03 | 23.50 |
| **Other** | | | |
| Checking | | -2,273.41 | |
| Lst | | -2.00 | 26.00 |
| **Net Pay** | | **$0.00** | |

Your federal taxable wages this period are $2,893.75

© 2000 ADP, Inc

NHS PENNSYLVANIA
620 GERMANTOWN PIKE
LAFAYETTE HILL, PA 19444

Advice number: 00000252466
Pay date: 06/21/2013

Deposited to the account of
CHERYL M PAPPA

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx8653 | xxxx xxxx | $2,273.41 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 130 |
|-----|------|-------|-------|-----------|-----|
| F4P | 963423 | 2560AO | | 0000272371 | 1 |

# Earnings Statement

**ADP**

NHS PENNSYLVANIA
620 GERMANTOWN PIKE
LAFAYETTE HILL, PA 19444

Period Beginning: 06/10/2013
Period Ending: 06/23/2013
Pay Date: 07/05/2013

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 10
  PA: N/A

CHERYL M PAPPA
105 HIGH POINT ST
GREENFIELD TWP PA 18407

Social Security Number: XXX-XX-8633

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 25.0000 | 64.00 | 1,600.00 | 21,793.75 |
| Bonus | | | 952.50 | 12,271.50 |
| Other Earnings | 25.0000 | 6.50 | 162.50 | 1,562.50 |
| Supervision | | | | 656.25 |
| **Gross Pay** | | | **$2,715.00** | 36,284.00 |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Empl Id | | 8947233 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -255.92 | 3,381.12 |
| | Social Security Tax | -168.33 | 2,249.61 |
| | Medicare Tax | -39.37 | 526.12 |
| | PA State Income Tax | -83.36 | 1,113.94 |
| | Carbondale C Income Tax | -27.16 | 362.94 |
| | PA SUI/SDI Tax | -1.90 | 25.40 |
| | **Other** | | |
| | Checking | -2,136.96 | |
| | Lst | -2.00 | 28.00 |
| | **Net Pay** | **$0.00** | |

Your federal taxable wages this period are
$2,715.00

© 2000 ADP, Inc

---

NHS PENNSYLVANIA
620 GERMANTOWN PIKE
LAFAYETTE HILL, PA 19444

Advice number: 00000272371
Pay date: 07/05/2013

**THIS IS NOT A CHECK**

Deposited to the account of
CHERYL M PAPPA

| account number | transit ABA | amount |
|----------------|-------------|--------|
| xxxxxx8653 | xxxx xxxx | $2,136.96 |

**NON-NEGOTIABLE**



# Earnings Statement       ADP

**NHS PENNSYLVANIA**
620 GERMANTOWN PIKE
LAFAYETTE HILL, PA 19444

Period Beginning: 09/15/2013
Period Ending: 09/28/2013
Pay Date: 10/11/2013

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 10
  PA: N/A

CHERYL M PAPPA
105 HIGH POINT ST
GREENFIELD TWP PA 18407

Social Security Number: XXX-XX-8633

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Bonus | | | 847.50 | 17,885.25 |
| Regular | | | | 32,546.00 |
| Other Earnings | | | | 2,074.50 |
| Retro Pay | | | | 325.50 |
| Supervision | | | | 790.25 |
| **Gross Pay** | | | **$847.50** | 53,621.50 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Empl id | | 8847233 |

**Deductions**

| Statutory | this period | year to date |
|---|---|---|
| Federal Income Tax | -211.88 | 4,891.43 |
| Social Security Tax | -52.54 | 3,324.53 |
| Medicare Tax | -12.29 | 777.51 |
| PA State Income Tax | -26.01 | 1,646.24 |
| Carbondale C Income Tax | -8.48 | 536.35 |
| PA SUI/SDI Tax | -0.60 | 37.54 |

| Other | | |
|---|---|---|
| Checking | -535.70 | |
| Lst | | 42.00 |
| **Net Pay** | **$0.00** | |

Your federal taxable wages this period are $847.50

---

NHS PENNSYLVANIA
620 GERMANTOWN PIKE
LAFAYETTE HILL, PA 19444

Advice number: 00000412389
Pay date: 10/11/2013

Deposited to the account of
CHERYL M PAPPA

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx8653 | xxxx xxxx | $535.70 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**