

# Earnings Statement    ADP

NHS PENNSYLVANIA  
620 GERMANTOWN PIKE  
LAFAYETTE HILL, PA 19444

Period Beginning: 09/29/2013  
Period Ending: 10/12/2013  
Pay Date: 10/25/2013

Taxable Marital Status: Single  
Exemptions/Allowances:  
  Federal: 10  
  PA: N/A

CHERYL M PAPPA  
105 HIGH POINT ST  
GREENFIELD TWP PA 18407

Social Security Number: XXX-XX-8833

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Bonus | | | 892.50 | 18,777.75 |
| Regular | | | | 34,324.00 |
| Other Earnings | | | | 2,186.50 |
| Retro Pay | | | | 325.50 |
| Supervision | | | | 818.25 |
| **Gross Pay** | | | **$892.50** | 56,432.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Empl Id | | 8947233 |

| Deductions | this period | year to date |
|---|---|---|
| **Statutory** | | |
| Federal Income Tax | -223.13 | 5,147.90 |
| Social Security Tax | -55.33 | 3,498.78 |
| Medicare Tax | -12.94 | 818.26 |
| PA State Income Tax | -27.40 | 1,732.52 |
| Carbondale C Income Tax | -8.93 | 564.46 |
| PA SUI/SDI Tax | -0.62 | 39.50 |
| **Other** | | |
| Checking | -564.15 | |
| Lst | | 44.00 |
| **Net Pay** | **$0.00** | |

Your federal taxable wages this period are $892.50

---

NHS PENNSYLVANIA  
620 GERMANTOWN PIKE  
LAFAYETTE HILL, PA 19444

Advice number: 00000432446  
Pay date: 10/25/2013

Deposited to the account of: CHERYL M PAPPA  
account number: xxxxxx8653    transit ABA: xxxx xxxx    amount: $564.15

THIS IS NOT A CHECK

**NON-NEGOTIABLE**



# Earnings Statement    ADP

NHS PENNSYLVANIA
620 GERMANTOWN PIKE
LAFAYETTE HILL, PA 19444

Period Beginning: 09/01/2013
Period Ending: 09/14/2013
Pay Date: 09/27/2013

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal: 10
    PA: N/A

CHERYL M PAPPA
105 HIGH POINT ST
GREENFIELD TWP PA 18407

Social Security Number: XXX-XX-8633

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 28.0000 | 56.50 | 1,582.00 | 30,852.00 |
| Bonus | | | | 16,295.25 |
| Other Earnings | | | | 1,962.50 |
| Retro Pay | | | | 325.50 |
| Supervision | | | | 762.25 |
| Gross Pay | | | $1,582.00 | 50,197.50 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Empl Id | | 8947233 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -98.09 | 3,112.25 |
| | Medicare Tax | -22.94 | 727.86 |
| | PA State Income Tax | -48.57 | 1,541.13 |
| | Carbondale C Income Tax | -15.82 | 502.10 |
| | PA SUI/SDI Tax | -1.11 | 35.14 |
| | Federal Income Tax | | 4,468.98 |
| | Other | | |
| | Checking | -1,393.47 | |
| | Lst | -2.00 | 40.00 |
| Net Pay | | $0.00 | |

Your federal taxable wages this period are $1,582.00

---

NHS PENNSYLVANIA
620 GERMANTOWN PIKE
LAFAYETTE HILL, PA 19444

Advice number: 00000392429
Pay date: 09/27/2013

Deposited to the account of
CHERYL M PAPPA

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx8653 | xxxx xxxx | $1,393.47 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**



NHS PENNSYLVANIA
620 GERMANTOWN PIKE
LAFAYETTE HILL, PA 19444

**Earnings Statement** ADP

Period Beginning: 09/29/2013
Period Ending: 10/12/2013
Pay Date: 10/25/2013

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 10
 PA: N/A

CHERYL M PAPPA
105 HIGH POINT ST
GREENFIELD TWP PA 18407

Social Security Number: XXX-XX-8633

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 28.0000 | 63.50 | 1,778.00 | 34,324.00 |
| Supervision | 28.0000 | 1.00 | 28.00 | 818.25 |
| Other Earnings | 28.0000 | 4.00 | 112.00 | 2,186.50 |
| Bonus | | | | 17,885.25 |
| Retro Pay | | | | 325.50 |
| Gross Pay | | | $1,918.00 | 55,539.50 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Empl Id | | 8947233 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -33.34 | 4,924.77 |
| | Social Security Tax | -118.92 | 3,443.45 |
| | Medicare Tax | -27.81 | 805.32 |
| | PA State Income Tax | -58.88 | 1,705.12 |
| | Carbondale C Income Tax | -19.18 | 555.53 |
| | PA SUI/SDI Tax | -1.34 | 38.88 |
| | Other | | |
| | Checking | -1,656.53 | |
| | Lst | -2.00 | 44.00 |
| | Net Pay | $0.00 | |

Your federal taxable wages this period are $1,918.00

NHS PENNSYLVANIA
620 GERMANTOWN PIKE
LAFAYETTE HILL, PA 19444

Advice number: 00000432445
Pay date: 10/25/2013

Deposited to the account of: CHERYL M PAPPA
account number: xxxxxx8653
transit ABA: xxxx xxxx
amount: $1,656.53

THIS IS NOT A CHECK

**NON-NEGOTIABLE**



NHS PENNSYLVANIA  
620 GERMANTOWN PIKE  
LAFAYETTE HILL, PA 19444

**Earnings Statement** ADP

Period Beginning: 09/15/2013  
Period Ending: 09/28/2013  
Pay Date: 10/11/2013

Taxable Marital Status: Single  
Exemptions/Allowances:  
  Federal: 10  
  PA: N/A

CHERYL M PAPPA  
105 HIGH POINT ST  
GREENFIELD TWP PA 18407

Social Security Number: XXX-XX-8633

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 28.0000 | 60.50 | 1,694.00 | 32,546.00 |
| Supervision | 28.0000 | 1.00 | 28.00 | 790.25 |
| Other Earnings | 28.0000 | 4.00 | 112.00 | 2,074.50 |
| Bonus | | | | 17,037.75 |
| Retro Pay | | | | 325.50 |
| **Gross Pay** | | | **$1,834.00** | 52,774.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Empl Id | | 8947233 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -24.94 | 4,679.55 |
| | Social Security Tax | -113.71 | 3,271.99 |
| | Medicare Tax | -26.59 | 765.22 |
| | PA State Income Tax | -56.31 | 1,620.23 |
| | Carbondale C Income Tax | -18.34 | 527.87 |
| | PA SUI/SDI Tax | -1.28 | 36.94 |
| | **Other** | | |
| | Checking | -1,590.83 | |
| | Lst | -2.00 | 42.00 |
| | **Net Pay** | **$0.00** | |

Your federal taxable wages this period are $1,834.00

© 2000 ADP, Inc.

NHS PENNSYLVANIA  
620 GERMANTOWN PIKE  
LAFAYETTE HILL, PA 19444

Advice number: 00000412388  
Pay date: 10/11/2013

Deposited to the account of  
CHERYL M PAPPA

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx8653 | XXXX XXXX | $1,590.83 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**