

## Earnings Statement

**ADP**

NHS PENNSYLVANIA
620 GERMANTOWN PIKE
LAFAYETTE HILL, PA 19444

| | |
|---|---|
| Period Beginning: | 11/24/2013 |
| Period Ending: | 12/07/2013 |
| Pay Date: | 12/20/2013 |

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:  10
  PA:  N/A

CHERYL M PAPPA
105 HIGH POINT ST
GREENFIELD TWP PA 18407

Social Security Number: XXX-XX-8633

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 28.0000 | 48.00 | 1,344.00 | 40,568.00 |
| Other Earnings | 28.0000 | 4.00 | 112.00 | 2,662.50 |
| Bonus | | | | 21,230.25 |
| Retro Pay | | | | 325.50 |
| Supervision | | | | 860.25 |
| Training | | | | 56.00 |
| Gross Pay | | | $1,456.00 | 65,702.50 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Empl Id | | 8947233 |

| Deductions | | | |
|---|---|---|---|
| Statutory | | | |
| Social Security Tax | | -90.28 | 4,073.56 |
| Medicare Tax | | -21.12 | 952.69 |
| PA State Income Tax | | -44.70 | 2,017.13 |
| Carbondale C Income Tax | | -14.56 | 657.17 |
| PA SUI/SDI Tax | | -1.02 | 45.99 |
| Federal Income Tax | | | 5,824.85 |
| Other | | | |
| Checking | | -1,282.32 | |
| Lst | | -2.00 | 52.00 |
| Net Pay | | $0.00 | |

Your federal taxable wages this period are
$1,456.00

© 2000 ADP, Inc

NHS PENNSYLVANIA
620 GERMANTOWN PIKE
LAFAYETTE HILL, PA 19444

| | |
|---|---|
| Advice number: | 00000512504 |
| Pay date: | 12/20/2013 |

Deposited to the account of
CHERYL M PAPPA

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx8653 | xxxx xxxx | $1,282.32 |

**THIS IS NOT A CHECK**

## NON-NEGOTIABLE

01-06-'14 10:25 FROM-　　　　　　　　　　　　　　　T-191　P0003/0006　F-335



## Earnings Statement

NHS PENNSYLVANIA
620 GERMANTOWN PIKE
LAFAYETTE HILL, PA 19444

Period Beginning: 11/10/2013
Period Ending: 11/23/2013
Pay Date: 12/06/2013

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 10
  PA: N/A

CHERYL M PAPPA
105 HIGH POINT ST
GREENFIELD TWP PA 18407

Social Security Number: XXX-XX-8633

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 28.0000 | 53.50 | 1,498.00 | 39,224.00 |
| Supervision | 28.0000 | 1.50 | 42.00 | 860.25 |
| Other Earnings | 28.0000 | 6.00 | 168.00 | 2,550.50 |
| Bonus | | | | 20,480.25 |
| Retro Pay | | | | 325.50 |
| Training | | | | 58.00 |
| **Gross Pay** | | | **$1,708.00** | 63,496.50 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Empl Id | | 8947233 |

**Deductions**

| Statutory | | |
|---|---|---|
| Federal Income Tax | -12.34 | 5,637.35 |
| Social Security Tax | -105.89 | 3,936.78 |
| Medicare Tax | -24.77 | 920.70 |
| PA State Income Tax | -52.44 | 1,949.41 |
| Carbondale C Income Tax | -17.08 | 635.11 |
| PA SUI/SDI Tax | -1.20 | 44.45 |

| Other | | |
|---|---|---|
| Checking | -1,492.28 | |
| Lst | -2.00 | 50.00 |

**Net Pay**    $0.00

Your federal taxable wages this period are $1,708.00

---

NHS PENNSYLVANIA
620 GERMANTOWN PIKE
LAFAYETTE HILL, PA 19444

Advice number: 00000492467
Pay date: 12/06/2013

Deposited to the account of
CHERYL M PAPPA

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx8653 | xxxx xxxx | $1,492.28 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

Case 5:14-bk-00090-JJT　Doc 3-4　Filed 01/08/14　Entered 01/08/14 16:46:51　Desc
Supplement pay invoices　Page 2 of 3

# Earnings Statement



**NHS PENNSYLVANIA**
**620 GERMANTOWN PIKE**
**LAFAYETTE HILL, PA 19444**

| | |
|---|---|
| Period Beginning: | 12/08/2013 |
| Period Ending: | 12/21/2013 |
| Pay Date: | 01/03/2014 |

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 10
  PA: N/A

CHERYL M PAPPA
105 HIGH POINT ST
GREENFIELD TWP PA 18407

Social Security Number: XXX-XX-8633

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 28.0000 | 58.00 | 1,624.00 | 1,624.00 |
| Supervision | 28.0000 | 1.50 | 42.00 | 42.00 |
| Other Earnings | 28.0000 | 5.00 | 140.00 | 140.00 |
| **Gross Pay** | | | **$1,806.00** | 1,806.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Empl Id | | 8947233 |

**Deductions**

| Statutory | | |
|---|---|---|
| Federal Income Tax | -20.03 | 20.03 |
| Social Security Tax | -111.97 | 111.97 |
| Medicare Tax | -26.19 | 26.19 |
| PA State Income Tax | -55.45 | 55.45 |
| Carbondale C Income Tax | -18.06 | 18.06 |
| Carbondale C Local Svc Tax | -2.00 | 2.00 |
| PA SUI/SDI Tax | -1.26 | 1.26 |

| Other | | |
|---|---|---|
| Checking | -1,571.04 | |

**Net Pay** $0.00

Your federal taxable wages this period are $1,806.00

---

NHS PENNSYLVANIA
620 GERMANTOWN PIKE
LAFAYETTE HILL, PA 19444

Advice number: 00000012427
Pay date: 01/03/2014

**THIS IS NOT A CHECK**

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| CHERYL M PAPPA | xxxxxx8653 | xxxx xxxx | $1,571.04 |

## NON-NEGOTIABLE